United States District Court
Southern District of Texas
**ENTERED**
June 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| VANESSA ALDAPE, as next friend § | |
| of J.C.A., a minor, et al., § | |
|     Plaintiff, § | |
| § | |
| v. § | No. 5:15-cv-116 |
| § | |
| SOUTH BAY TRANSPORTATION, Inc., § | |
| et al., § | |
|     Defendants. § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION

On June 16, 2016, the Court reviewed the file in the above-captioned matter, specifically the Report and Recommendation of the United States Magistrate Judge, filed under seal. (Dkt. 43.) The Magistrate Judge thoroughly analyzes the parties' proposed settlement and recommends that the Court accept it. Court approval of the settlement is necessary because it concerns the interests of a minor. The Magistrate Judge, the parties, and the guardian ad litem representing the minor's interests all agree that the settlement agreement is fair to the minor.

Accordingly, the Court ACCEPTS the Magistrate Judge's Report and Recommendation and approves the settlement. The parties are directed to file an appropriate stipulation of dismissal under Federal Rule of Civil Procedure 41.

DONE at Laredo, this 16th day of June, 2016.

_____
George P. Kazen
Senior United States District Judge